JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARBIS ICLISOY,<br><br>        Plaintiff,<br><br>    vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and THE NEIMAN MARCUS GROUP, INC. GROUP LONG TERM DISABILITY PLAN<br><br>        Defendants. | Case No. 2:21-cv-05003 PA (JEMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]**<br><br>Complaint Filed: June 18, 2021 |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: December 21, 2021

_____
PERCY ANDERSON
United States District Judge

– 1 –

[PROPOSED ]ORDER DISMISSING ACTION WITH PREJUDICE